**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7110**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DARRYL JAMES MCGLAMRY,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  Frank W. Bullock, Jr.,
Chief District Judge.  (CR-88-136-G, CA-97-632-2)

───────────

Submitted:  February 25, 1999        Decided:  March 8, 1999

───────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Darryl James McGlamry, Appellant Pro Se.  David Bernard Smith,
Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl James McGlamry seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McGlamry, Nos. CR-88-136-G; CA-97-632-2 (M.D.N.C. June 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2